Hamby
- v -
Morgan Asset

DIANE K. VESCOVO