*In re Regions Morgan Keegan ERISA Litigation*, **Case No. 08-cv-02192-SHM**
**~ List of Defendants and Related Claims**

| Defendants | Count I:<br>Company Stock Prudence Claim | Count II:<br>Company Stock Monitoring Claim | Count III:<br>Company Stock Co-Fiduciary Disclosure Claim | Count IV:<br>Company Stock Failure to Provide Complete and Accurate Information Claim | Count V:<br>Company Stock Co-Fiduciary Liability Claim |
|---|---|---|---|---|---|
| Regions Financial Corporation | x | x | x |  | x |
| Regions Bank | x |  |  |  | x |
| All Plans' Compensation Committee Defendants | x | x | x |  | x |
| Legacy Plan Benefits Management Committee | x | x |  | x | x |
| Legacy Plan Benefits Administration Committee | x |  |  |  | x |
| Individual Legacy Plan Defendants | x |  |  |  | x |
| AmSouth Thrift Benefits Committee Defendants | x | x |  | x | x |
| Individual AmSouth Thrift Plan Defendants | x |  |  |  | x |
| Regions 401(k) Benefits Management Committee Defendants | x | x |  | x | x |
| Individual Regions 401(k) Defendants | x |  |  |  | x |
| Regions 401(k) Benefit Investment Committee Defendants | x |  |  |  | x |

1

*In re Regions Morgan Keegan ERISA Litigation*, **Case No. 08-cv-02192-SHM**
~ List of Defendants and Related Claims

| Defendants | **Count VI:** Bond Fund Prudence Claim | **Count VII:** Bond Fund Monitoring Claim | **Count VIII:** Bond Fund Co-Fiduciary Disclosure Claim | **Count IX:** Bond Fund Failure to Provide Complete and Accurate Information Claim | **Count X:** Bond Fund Co-Fiduciary Liability Claim |
|---|---|---|---|---|---|
| Regions Financial Corporation | x | x | x | | x |
| Regions Bank | x | | | | x |
| Legacy and Regions 401(k) Plans Compensation Committee Defendants | x | x | x | | x |
| Legacy Plan Benefits Management Committee | x | x | | x | x |
| Legacy Plan Benefits Administration Committee | x | | | | x |
| Individual Legacy Plan Defendants | x | | | | x |
| Regions 401(k) Benefits Management Committee Defendants | x | x | | x | x |
| Individual Regions 401(k) Defendants | x | | | | x |
| Regions 401(k) Benefit Investment Committee Defendants | x | | | | x |
| Morgan Asset Management | x | | x | | |
| Morgan Keegan & Co. | x | | x | | |

2

*In re Regions Morgan Keegan ERISA Litigation*, **Case No. 08-cv-02192-SHM**
**~ List of Defendants and Related Claims**

| Defendants | Count XI: Excessive Fee Prudence Claim | Count XII: Excessive Fee Monitoring Claim | Count XIII: Excessive Fee Failure to Provide Complete and Accurate Information Claim | Count XIV: Excessive Fee Co-Fiduciary Liability Claim | Count XV: Prohibited Transactions Claim |
|---|---|---|---|---|---|
| Regions Financial Corporation | x | x |  | x | x |
| Regions Bank | x |  |  | x | x |
| Legacy and Regions 401(k) Plans Compensation Committee Defendants | x | x |  | x | x |
| Legacy Plan Benefits Management Committee | x | x | x | x | x |
| Legacy Plan Benefits Administration Committee | x |  |  | x | x |
| Individual Legacy Plan Defendants | x | x |  | x | x |
| Regions 401(k) Benefits Management Committee Defendants | x | x | x | x | x |
| Individual Regions 401(k) Defendants | x |  |  | x | x |
| Regions 401(k) Benefit Investment Committee Defendants | x | x |  | x | x |
| Morgan Asset Management |  |  |  |  | x |
| Morgan Keegan & Co. |  |  |  |  | x |

3