UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE REGIONS MORGAN KEEGAN ERISA LITIGATION | MDL Docket No. 2009<br>Master File No. 2:08-cv-02192<br>Judge Samuel H. Mays, Jr.<br>Magistrate Judge Vescovo |

**MOTION OF ADDITIONAL INDIVIDUAL REGIONS DEFENDANTS TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT WITH PREJUDICE AND SUPPORTING MEMORANDUM OF LAW**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and Local Rule 7.2, Defendants Harry Dinken, John Daniel, W. Charles Mayer, III, Ronnie Jackson, Sharon Davis, Sherry Anthony, and Martha Ingram (the "Additional Individual Regions Defendants") respectfully move for an Order dismissing the Consolidated Class Action Complaint ("Complaint") with prejudice.

The Additional Individual Regions Defendants hereby incorporate and join fully in (1) the Motion of Regions Financial Corporation, Regions Bank, and the Individual Regions Defendants[1] to Dismiss the Consolidated Amended Complaint with Prejudice, filed April 10, 2009, Docket No. 109 (the "Regions Defendants' Motion to Dismiss"), (2) the Memorandum of Law in support of the Regions Defendants' Motion to Dismiss, filed April 10, 2009, Docket No. 111, and (3) the Declaration of Thomas S. Gigot in support of the Regions Defendants' Motion to Dismiss, filed April 10, 2009, Docket No. 112.  The Additional Individual Regions Defendants request that, for purposes of the Regions

---

[1] The "Individual Regions Defendants" for purposes of the April 10, 2009 Motion to Dismiss were: Ken Alderman, George W. Bryan, John Buchanan, Earnest W. Deavenport, Jr., David B. Edmonds, Irene Esteves, Christopher Glaub, O.B. Grayson Hall, Jr., Tim Laney, Susan W. Matlock, Claude Nielsen, C. Dowd Ritter, David Rupp, Jill Shelton, Lee K. Styslinger, III, Tom Thompson, David Turner, Barbara H. Watson, and William C. Wells, II.

Defendants' Motion to Dismiss, they be considered "Individual Regions Defendants." *See* Regions Defendants' Motion to Dismiss, Docket No. 111, at 1 n.1.

As described more fully in the Regions Defendants' Motion to Dismiss and their accompanying Memorandum of Law, Plaintiffs' 15-Count Complaint fails to state viable claims for relief for violations of fiduciary responsibility and prohibited transactions under the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. §§ 1104-1108.  As described in the Regions Defendants' Memorandum of Law, the particular reasons for dismissal include:

- Plaintiffs' failure to allege facts sufficient to establish any *breach* of duty or responsibility with respect to the acts or omissions alleged in Counts I, IV, VI, IX, XI, XIII and XV (the "Principal Counts" of the Complaint);

- Plaintiffs' failure to allege facts sufficient to establish that certain of the Individual Regions Defendants served any *fiduciary function* – another necessary element of Plaintiffs' claims – with respect to the acts or omissions alleged in the Principal Counts of the Complaint;

- The remaining Counts of the Complaint (Counts II, III, V, VII, VIII, X, XII and XIV) all are derivative of the claims alleged in the Principal Counts of the Complaint, and necessarily fail to state viable claims because the Principal Counts on which they depend are themselves legally deficient; and

- Plaintiffs' allegations and other materials that may be considered on a Rule 12(b)(6) motion establish that the losses alleged result from investment decisions that Plaintiffs themselves made and controlled, meaning that ERISA § 404(c), 29 U.S.C. § 1104(c), shields the Defendants from any responsibility for those alleged losses.

For these reasons, the Additional Individual Regions Defendants respectfully request that this Court dismiss the Consolidated Class Action Complaint with prejudice.

DATED this 15th day of April, 2009.

Respectfully submitted by,


s/ Thomas S. Gigot
Thomas F. Fitzgerald (admitted *pro hac vice*)
Thomas S. Gigot (admitted *pro hac vice*)
Christopher J. Rillo (admitted *pro hac vice*)
Sarah A. Zumwalt (admitted *pro hac vice*)
**GROOM LAW GROUP, CHARTERED**
1701 Pennsylvania Avenue, N.W.
Washington, DC  20006-5811
Phone: 202-857-0620
Fax:    202-659-4503
Email: tff@groom.com
       tsg@groom.com
       crillo@groom.com
       szumwalt@groom.com

Peter S. Fruin
Jeffrey A. Lee (admitted *pro hac vice*)
William B. Wahlheim (admitted *pro hac vice*)
Grace R. Murphy (admitted *pro hac vice*)
**MAYNARD COOPER & GALE, PC**
1901 – 6th Avenue North, Suite 2400
Birmingham, AL 35203-2602
Phone: 205-254-1068
Fax:    205-254-1999
Email: pfruin@maynardcooper.com
       jlee@maynardcooper.com
       wwahlheim@maynardcooper.com
       gmurphy@maynardcooper.com

*Counsel for the Regions Defendants*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on April 15, 2009, a true and correct copy of the foregoing document was forwarded by electronic means through the Court's ECF System to the following individuals:

Derek W. Loeser
Lynn L. Sarko
Margie E. Wetherald
Karin B. Swope
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Phone: 206-623-1900
Fax: 206-623-3384
Email: lsarko@kellerrohrback.com
dloeser@kellerrohrback.com
mwetherald@kellerrohrback.com
kswope@kellerrohrback.com
*Plaintiffs' Interim Co-Lead Counsel*

Ellen M. Doyle
William T. Payne
John Stember
Stephen M. Pincus
Joel R. Hurt
Pamina Ewing
**STEMBER FEINSTEIN DOYLE & PAYNE, LLC**
1705 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Phone: 412-281-8400
Fax: 412-281-1007
Email: edoyle@stemberfeinstein.com
wpayne@stemberfeinstein.com
jstember@stemberfeinstein.com
spincus@stemberfeinstein.com
jhurt@stemberfeinstein.com
pewing@stemberfeinstein.com
*Plaintiffs' Interim Co-Lead Counsel*

W. Brantley Phillips
Matthew M. Curley
Michael L. Dagley
**BASS BERRY & SIMS PLC**
315 Deaderick Street, Suite 2700
Nashville, TN 37238-0002
Phone: 615-742-6200
Fax:    615-742-2803
Email: bphillips@bassberry.com
mcurley@bassberry.com
mdagley@bassberry.com
*Counsel for Morgan Asset Management, Inc.*
*& Morgan Keegan & Company, Inc.*

Michael A. Brady
Shepherd B. Tate
**BASS BERRY & SIMS PLC**
100 Peabody Place, Suite 900
Memphis, TN 38103
Phone: 901-543-5900
Fax:    901-543-5999
Email: mbrady@bassberry.com
state@bassberry.com

*Counsel for Morgan Asset Management, Inc.*
*& Morgan Keegan & Company, Inc.*


Signed:     s/ Thomas S. Gigot