*In re Regions Morgan Keegan ERISA Litigation*, Case No. 08-cv-02192-SHM
~ List of Defendants and Related Claims

| Defendants | Count I: Company Stock Prudence Claim | Count II: Company Stock Monitoring Claim | Count III: Company Stock Co-Fiduciary Disclosure Claim | Count IV: Company Stock Failure to Provide Complete and Accurate Information Claim | Count V: Company Stock Co-Fiduciary Liability Claim |
|---|---|---|---|---|---|
| Regions Financial Corporation | x | x | x | | x |
| Regions Bank | x | | | | x |
| All Plans' Compensation Committee Defendants | x | x | x | | x |
| Legacy Plan Benefits Management Committee | x | x | | x | x |
| Legacy Plan Benefits Administration Committee | x | | | | x |
| Individual Legacy Plan Defendants | x | | | | x |
| AmSouth Thrift Benefits Committee Defendants | x | x | | x | x |
| Individual AmSouth Thrift Plan Defendants | x | | | | x |
| Regions 401(k) Benefits Management Committee Defendants | x | x | | x | x |
| Individual Regions 401(k) Defendants | x | | | | x |
| Regions 401(k) Benefit Investment Committee Defendants | x | | | | x |

1

*In re Regions Morgan Keegan ERISA Litigation*, Case No. 08-cv-02192-SHM
~ List of Defendants and Related Claims

| Defendants | Count VI: Bond Fund Prudence Claim | Count VII: Bond Fund Monitoring Claim | Count VIII: Bond Fund Co-Fiduciary Disclosure Claim | Count IX: Bond Fund Failure to Provide Complete and Accurate Information Claim | Count X: Bond Fund Co-Fiduciary Liability Claim |
|---|---|---|---|---|---|
| Regions Financial Corporation | x | x | x | | x |
| Regions Bank | x | | | | x |
| Legacy and Regions 401(k) Plans Compensation Committee Defendants | x | x | x | | x |
| Legacy Plan Benefits Management Committee | x | x | | x | x |
| Legacy Plan Benefits Administration Committee | x | | | | x |
| Individual Legacy Plan Defendants | x | | | | x |
| Regions 401(k) Benefits Management Committee Defendants | x | x | | x | x |
| Individual Regions 401(k) Defendants | x | | | | x |
| Regions 401(k) Benefit Investment Committee Defendants | x | | | | x |
| Morgan Asset Management | x | | x | | |
| Morgan Keegan & Co. | x | | x | | |

*In re Regions Morgan Keegan ERISA Litigation*, Case No. 08-cv-02192-SHM
~ List of Defendants and Related Claims

| Defendants | Count XI: Excessive Fee Prudence Claim | Count XII: Excessive Fee Monitoring Claim | Count XIII: Excessive Fee Failure to Provide Complete and Accurate Information Claim | Count XIV: Excessive Fee Co-Fiduciary Liability Claim | Count XV: Prohibited Transactions Claim |
|---|---|---|---|---|---|
| Regions Financial Corporation | x | x |  | x | x |
| Regions Bank | x |  |  | x | x |
| Legacy and Regions 401(k) Plans Compensation Committee Defendants | x | x |  | x | x |
| Legacy Plan Benefits Management Committee | x | x | x | x | x |
| Legacy Plan Benefits Administration Committee | x |  |  | x | x |
| Individual Legacy Plan Defendants | x | x |  | x | x |
| Regions 401(k) Benefits Management Committee Defendants | x | x | x | x | x |
| Individual Regions 401(k) Defendants | x |  |  | x | x |
| Regions 401(k) Benefit Investment Committee Defendants | x | x |  | x | x |
| Morgan Asset Management |  |  |  |  | x |
| Morgan Keegan & Co. |  |  |  |  | x |