**EXHIBIT 1**

*In re Regions Morgan Keegan ERISA Litigation*, Case No. 08-cv-02192-SHM
~ List of Defendants and Related Claims

| Defendants | Count I: Company Stock Prudence Claim | Count II: Company Stock Monitoring Claim | Count III: Company Stock Co-Fiduciary Disclosure Claim | Count IV: Company Stock Failure to Provide Complete and Accurate Information Claim | Count V: Company Stock Co-Fiduciary Liability Claim |
|---|---|---|---|---|---|
| Regions Financial Corporation | x | x | x | | x |
| Regions Bank | x | | | | x |
| All Plans' Compensation Committee Defendants | x | x | x | | x |
| Legacy Plan Benefits Management Committee | x | x | | x | x |
| Legacy Plan Benefits Administration Committee | x | | | | x |
| Additional Legacy Plan Defendants | x | | | | x |
| AmSouth Thrift Benefits Committee Defendants | x | x | | x | x |
| Additional AmSouth Thrift Plan Defendants | x | | | | x |
| Regions 401(k) Benefits Management Committee Defendants | x | x | | x | x |
| Additional Regions 401(k) Defendants | x | | | | x |
| Regions 401(k) Benefit Investment Committee Defendants | x | | | | x |

1

*In re Regions Morgan Keegan ERISA Litigation*, Case No. 08-cv-02192-SHM
~ List of Defendants and Related Claims

| Defendants | Count VI: Regions 401(k) Bond Fund Subclass Prudence Claim | Count VII: Regions 401(k) Bond Fund Subclass Monitoring Claim | Count VIII: Regions 401(k) Bond Fund Subclass Co-Fiduciary Disclosure Claim | Count IX: Regions 401(k) Bond Fund Subclass Failure to Provide Complete and Accurate Information Claim | Count X: Regions 401(k) Bond Fund Subclass Co-Fiduciary Liability Claim |
|---|---|---|---|---|---|
| Regions Financial Corporation | x | | x | | x |
| Regions Bank | x | x | | | x |
| Legacy and Regions 401(k) Plan Compensation Committee Defendants | x | x | x | | x |
| Legacy Plan Benefits Management Committee | x | x | | x | x |
| Legacy Plan Benefits Administration Committee | x | | | | x |
| Additional Legacy Plan Defendants | x | | | | x |
| Regions 401(k) Benefits Management Committee Defendants | x | x | | x | x |
| Additional Regions 401(k) Defendants | x | | | | x |
| Regions 401(k) Benefit Investment Committee Defendants | x | | | | x |
| Morgan Asset Management | x | | x | | x |
| Morgan Keegan & Co. | x | | x | | x |
| Individual Bond Fund Defendants | x | x | | | |

2

*In re Regions Morgan Keegan ERISA Litigation*, Case No. 08-cv-02192-SHM
~ **List of Defendants and Related Claims**

| Defendants | Count XI: Excessive Fee Prudence Claim | Count XII: Excessive Fee Monitoring Claim | Count XIII: Excessive Fee Failure to Provide Complete and Accurate Information Claim | Count XIV: Excessive Fee Co-Fiduciary Liability Claim | Count XV: Prohibited Transactions Claim |
|---|---|---|---|---|---|
| Regions Financial Corporation | x | x | | x | x |
| Regions Bank | x | | | x | x |
| Legacy and Regions 401(k) Plans Compensation Committee Defendants | x | x | | x | x |
| Legacy Plan Benefits Management Committee | x | x | x | x | x |
| Legacy Plan Benefits Administration Committee | x | | | x | x |
| Additional Legacy Plan Defendants | x | x | | x | x |
| Regions 401(k) Benefits Management Committee Defendants | x | x | x | x | x |
| Additional Regions 401(k) Defendants | x | | | x | x |
| Regions 401(k) Benefit Investment Committee Defendants | x | x | | x | x |
| Morgan Asset Management | | | | | x |
| Morgan Keegan & Co. | | | | | x |

3

*In re Regions Morgan Keegan ERISA Litigation*, **Case No. 08-cv-02192-SHM**
**~ List of Defendants and Related Claims**

| Defendants | Count XVI: ERISA Plans Bond Fund Subclass Prudence Claim | Count XVII: ERISA Plans Bond Fund Subclass Monitoring Claim | Count XVIII: ERISA Plans Bond Fund Subclass Co-Fiduciary Liability Claim |
|---|---|---|---|
| Regions Financial Corporation | x | x | x |
| Regions Bank | x | x | x |
| Morgan Asset Management | x |  | x |
| Morgan Keegan & Co. | x |  | x |
| Individual Bond Fund Defendants | x | x |  |

*In re Regions Morgan Keegan ERISA Litigation*, Case No. 08-cv-02192-SHM
~ List of Subclasses, Definitions and related Counts

| Subclasses | Class Period | Definition | Counts Involved |
|---|---|---|---|
| Company Stock | January 1, 2007 to Present | All persons, other than Defendants, who were participants in or beneficiaries of the Legacy, AmSouth, and/or Regions 401(k) Plans at any time between January 1, 2007 and the present and whose Plan accounts were invested in Regions common stock at any time during this period. | I, II, III, IV, V |
| Excessive Fees | May 1, 2003 to Present | All persons, other than Defendants, who were participants in or beneficiaries of the Legacy and/or Regions 401(k) Plans at any time between May 1, 2003 and the present for and whose Plan accounts were invested in one or more of the RMK Select Funds at any time during this period. The RMK Funds include those funds offered as investment options to the Legacy Plan and the Regions 401(k) Plan. This includes without limitation the: Regions Morgan Keegan ("RMK") Select Balanced Fund; RMK Select Ltd. Maturity Fixed Income Fund; RMK Select Growth Fund; RMK Select Value Fund; RMK Select Fixed Income Fund; RMK Select Core Equity Fund; RMK Select Mid Cap Growth Fund; RMK Select Mid Cap Value Fund; RMK Select Treasury Money Market Fund; RMK Select High Income Fund; RMK Select Intermediate Bond Fund; and RMK Select Short Term Bond Fund. The Legacy Plan also offered the following as investment options: Federated International Max Cap Institutional Fund; AIM Small Cap Growth Fund; and Fidelity Advisor Diversified International Fund. | XI, XII, XIII, XIV, XV |
| Regions 401(k) Bond Fund | January 1, 2007 to July 29, 2008 | All persons, other than Defendants, who were participants in or beneficiaries of the Legacy and/or Regions 401(k) Plans at any time between January 1, 2007 and July 29, 2008; and whose Plan accounts were invested in the RMK Advantage Income Fund, RMK High Income Fund, RMK Multi-Sector High Income Fund, RMK Strategic Income Fund, RMK Select High Income Fund, RMK Select Intermediate Bond Fund, or RMK Select Short Term Bond Fund, or any other bond funds managed by the Defendants; and suffered losses as a result of their investments in the Bond Funds. | VI, VII, VIII, IX, X |
| ERISA Plans Bond Fund | January 1, 2007 to July 29, 2008 | All persons, other than Defendants and members of the Regions 401(k) Bond Fund Subclass, who were participants in or beneficiaries of any ERISA-qualified plans in which Regions Morgan Keegan Trust served as the Plan Trustee or otherwise served as an ERISA fiduciary, and were invested at anytime between January 1, 2007 and July 29, 2008 in the RMK Advantage Income Fund, RMK High Income Fund, RMK Multi-Sector High Income Fund, RMK Strategic Income Fund, RMK Select High Income Fund, RMK Select Intermediate Bond Fund, or RMK Select Short Term Bond Fund, or any other bond funds managed by the Defendants; and suffered losses as a result of their investments in the Bond Funds. | XVI, XVII, XVIII |