IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE REGIONS MORGAN KEEGAN ERISA LITIGATION | ) ) ) ) | |
| TERRY HAMBY, et al., | ) ) | No. 08-2192 |
| Plaintiffs. | ) ) | |
| v. | ) ) | |
| MORGAN ASSET MANAGEMENT, INC., et al., | ) ) ) | |
| Defendants. | ) | |

ORDER GRANTING JOINT MOTION FOR SCHEDULING ORDER

Before the Court is the parties' December 20, 2010 Joint Motion for Scheduling Order. (See ECF No. 208.) The Motion proposes a schedule to resolve the forthcoming motions to dismiss in the ERISA Litigation. For good cause shown, the Court GRANTS the parties' Joint Motion and establishes the following deadlines:

1. Should the Court deny the pending Motion to Consolidate the Trustee's Action, Defendants will have thirty days from the entry of that denial to file any motions to dismiss the Second Amended Consolidated Complaint in this action.

2.  If the Court grants the Motion to Consolidate, Lead Plaintiffs will have twenty-one days from the date of the consolidation order to file their Third Amended Consolidated Complaint.

3.  Defendants shall have forty-five days from the date of Lead Plaintiffs' filing the Third Amended Consolidated Complaint to file any motions to dismiss that Complaint. The Lead Plaintiffs' response shall be due forty-five days after Defendants file their motions to dismiss, and any optional reply by Defendants shall be due thirty days after the response is filed.

So ordered this 20th day of December, 2010.


                              s/ Samuel H. Mays, Jr.
                              SAMUEL H. MAYS, JR.
                              UNITED STATES DISTRICT JUDGE