IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

|  |  |
|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION )<br><br>This Document Relates to:<br><br>*In re Region Morgan Keegan ERISA Litig.,*<br>No. 2:08-cv-2192-SHM-dvk | Case No. 2:09-md-02009-SHM |

**ORDER EXTENDING TIME FOR PLAINTIFFS
TO FILE THIRD AMENDED COMPLAINT**

WHEREAS on April 26, 2011, the Court entered an Order granting Defendants' Motion to Consolidate the action brought by Trustee *ad litem*, Plaintiff C. Fred Daniels alleging claims under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001 et seq., (the "Daniels ERISA Action"), with this action *In re Regions Morgan Keegan ERISA Litigation*, No. 10-2192 (the "Hamby ERISA Action"). (Doc. 219).

WHEREAS previously, on December 20, 2011, the parties stipulated that Lead Plaintiffs in the Hamby ERISA Action would file a Third Amended Complaint 21 days from the date the Court ruled on Defendants' consolidation motion. (Doc. 209)

WHEREAS the deadline to file a Third Amended Complaint is today, May 16, 2011, and Lead Plaintiffs in the Hamby Action and plaintiffs' counsel in the Daniels ERISA Action are still finalizing the Third Amended Consolidated Complaint.

1

WHEREAS in order to finalize the consolidation of the Daniels ERISA Action with the Hamby ERISA Action, Plaintiffs seek an additional 4 days, until May 20, 2011, in order to file such Third Amended Consolidated Complaint.

WHEREAS the Defendants in the Hamby ERISA Action and Daniels ERISA Action have stipulated and agreed to this extension.

## ORDER

The Stipulation of the parties to allow Plaintiffs an extension of time to and including May 20, 2011, within which to file a Third Amended Consolidated Complaint is hereby GRANTED.

It is so ORDERED this 23rd day of May, 2011.

    s/ *Samuel H. Mays, Jr*.
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

Presented by:

s/Derek W. Loeser
Lynn L. Sarko
lsarko@kellerrohrback.com
Derek W. Loeser
dloeser@kellerrohrback.com
Margaret E. Wetherald
mwetherald@kellerrohrback.com
Karin B. Swope
kswope@kellerrohrback.com
**KELLER ROHRBACK L.L.P**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel.: (206) 623-1900
Fax: (206) 623-3384

*Interim Co-Lead Counsel for the Class and Co-Counsel for Plaintiffs Harrison and Smith*

Ellen M. Doyle
edoyle@stemberfeinstein.com
Pamina Ewing
pewing@stemberfeinstein.com
Stephen M. Pincus
spincus@stemberfeinstein.com
**STEMBER FEINSTEIN DOYLE PAYNE & CORDES, LLC**
1705 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Tel: (412) 281-8400
Fax:(412) 281-1007

*Interim Co-lead Counsel for the Class and Co-Counsel for Plaintiffs Hamby and Jackson*

/s/ R. Carlton Smyly (with authorization)
R. Carlton Smyly
Crawford S. McGivaren, Jr.
**CABANISS JOHNSTON GARDNER DUMAS & O'NEAL, LLP**
Suite 700 Park Place Tower
2001 Park Place North
Birmingham, AL  35203
Tel.: 205-716-5237
Fax: 205-716-5389

*Counsel for Plaintiffs C. Fred Daniels, as Trustee ad Litem for The Alice C. Cade For the Benefit of Carroll Corbin Bays Trust, et al.*

/s/ Thomas S. Gigot (with authorization)
Tom Fitzgerald (pro hac vice)
tff@groom.com
Thomas S. Gigot (pro hac vice)
tsg@groom.com
Sara Zumwalt (pro hac vice)
szumwalt@goom.com
**GROOM LAW GROUP, CHARTERED**
1701 Pennsylvania Avenue, N.W., Suite 1200
Washington, DC  20006-5811
Tel.: 202-857-0620
Fax: 202-659-4503

Jeffrey A. Lee (pro hac vice)
jlee@maynardcooper.com
William B. Wahlheim, Jr. (pro hac vice)
wwahlheim@maynardcooper.com
Peter S. Fruin (pro hac vice)
pfruin@maynardcooper.com
Grace R. Murphy
gmurphy@maynardcooper.com
**MAYNARD COOPER & GALE, PC**
1901 – 6th Avenue North, Suite 2400
Birmingham, AL  35203-2602
Tel.: 205-254-1068
Fax: 205-254-1999

David B. Tulchin
David E. Swarts
Margaret E. Bartlett
**SULLIVAN & CROMWELL, LLP**
125 Broad Street
New York, NY 10004
Tel.: 212-558-4000

*Counsel for the Regions Defendants*

/s/ Robert E. Craddock, Jr. (with authorization)
Robert E. Craddock, Jr. (TN #5826)
rcraddock@wyattfirm.com
Kristen Mistretta Wilson (TN #24606)
kwilson@wyattfirm.com
**WYATT, TARRANT & COMBS, LLP**
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120-4367
Tel.: 901-537-1000
Fax: 901-537-1010

*Counsel for Defendants Kemmons Wilson, Jr. and Michael S. Starnes*

/s/ Matthew M. Curley (with authorization)
Michael L. Dagley
mdagley@bassberry.com
Matthew M. Curley
mcurley@bassberry.com
W. Brantley Phillips, Jr.
bphillips@bassberry.com
**BASS BERRY & SIMS PLC**
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Tel.: 615-742-6200
Fax: 615-742-2803

Shepherd D. Tate
Michael A. Brady
**BASS BERRY & SIMS PLC**
100 Peabody Place, Suite 900
Memphis, TN 38103-3672
Tel.: 901-543-5900

*Counsel for Defendants Morgan Keegan & Co., Inc., MK Holdings, Inc., and Morgan Asset Management, Inc.*

S. Lawrence Polk
**SUTHERLAND, ASBILL & BRENNAN, LLP**
999 Peachtree Street, N.E.
Atlanta, GA  30309-3996
Tel.: 404-853-8000

*Counsel for Defendants Allen B. Morgan, Jr., J. Kenneth Alderman, G. Douglas Edwards, and Brian B. Sullivan*