```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF TENNESSEE
                       WESTERN DIVISION
```

| | |
|---|---|
| NANCY JACKSON, individually, and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | )   No. 08-2231 ) |
| MORGAN KEEGAN & COMPANY, INC., et al., | ) ) ) |
| Defendants. | ) |

### ORDER ADMINISTRATIVELY CLOSING CASE

The claims in this action have been consolidated under <u>In re Regions Morgan Keegan ERISA Fund Litigation</u>, No. 08-2192. (<u>See</u> Order Granting Pls.' Mots. to Consolidate and Appoint Interim Class Counsel 10, ECF No. 46.)  This action is therefore closed administratively.  The parties are DIRECTED to file in the consolidated case above.

So ordered this 25th day of May, 2011.

                                      s/ Samuel H. Mays, Jr.
                                      SAMUEL H. MAYS, JR.
                                      UNITED STATES DISTRICT JUDGE