UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| In Re Regions Morgan Keegan ERISA Litigation | ) Master File No. 2:08-cv-02192<br>)<br>) Judge Samuel H. Mays, Jr.<br>) |

## NOTICE OF FIRM NAME CHANGE

**TO THE COURT, ALL PARTIES HEREIN, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that effective May 15, 2011 the law firm of Barroway Topaz Kessler Meltzer & Check, LLP, counsel for Plaintiffs, has changed its name to KESSLER TOPAZ MELTZER & CHECK, LLP.  Counsel's email addresses have changed as follows:

   **Joseph H. Meltzer:** jmeltzer@ktmc.com
   **Edward W. Ciolko:** eciolko@ktmc.com
   **Donna Siegel Moffa:** dmoffa@ktmc.com

The mailing address, telephone and facsimile numbers remain the same.  Please use this new name on all pleadings, correspondence and other documents.

Dated:  June 7, 2011      Respectfully Submitted,

            */s/ Edward W. Ciolko*
            Joseph H. Meltzer, Esq.
            Edward W. Ciolko, Esq.
            Donna Siegel Moffa, Esq.
            KESSLER TOPAZ MELTZER & CHECK, LLP
            280 King of Prussia Road
            Radnor, PA 19087
            Tel:  610-667-7706
            Fax:  610-667-7056

            *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing was filed via the Court's CM/ECF System on June 7, 2011, which caused an electronic copy of same to be served automatically upon counsel of record.

                                            */s/ Edward W. Ciolko*
                                            Edward W. Ciolko