UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| IN RE REGIONS MORGAN KEEGAN ERISA LITIGATION ) ) ) This Document Relates to: ) ) *In Regions Morgan Keegan ERISA Litig.,* ) Case No. 2:08-cv-2192-SHM-dkv ) ) | Case No. 2:09-md-02009 |

**JOINT STIPULATION FOR ENTRY**
**OF REVISED SCHEDULING ORDER**

WHEREAS, on May 11, 2011, the Court issued a Scheduling Order, setting forth various deadlines for the management and progression of this litigation (Doc. 223).

WHEREAS, on August 2, 2011, the Court granted the parties' Joint Stipulation and Order for Entry of a Revised Scheduling Order, which altered certain of those deadlines (Doc. 257).

WHEREAS, the Parties have been actively engaged in discovery since entry of the foregoing orders, including discovery related to class certification.

WHEREAS, given the current status of discovery, and in light of the imminent deadlines for briefing on class certification, the Parties have conferred regarding a revised case management schedule and do hereby stipulate to and propose the following revised schedule:

**ESI NEGOTIATION:**

| January 16, 2012 | Deadline for completion of all negotiations pertaining to the scope, nature and extent of ESI production.  In the event the parties are not in agreement as of January 16, 2011, they shall submit any disputes to the Magistrate Judge assigned to this matter. |
|---|---|

1

**CLASS CERTIFICATION:**

| | |
|---|---|
| March 16, 2012 | Deadline for completion of all discovery related to class certification. |
| May 4, 2012 | Deadline for Plaintiffs to move for class certification |
| July 10, 2012 | Deadline for Defendants' response to Plaintiffs' motion for class certification. |
| August 17, 2012 | Deadline for Plaintiffs' reply in support of their motion for class certification. |

**FACT DISCOVERY:**

| | |
|---|---|
| August 10, 2012 | Deadline for completion of all written discovery and document production, including ESI. |
| December 14, 2012 | Deadline for completion of fact discovery. |

**MEDIATION:**

| | |
|---|---|
| December 14, 2012 | Deadline for mediation. |

**EXPERT DISCLOSURES:**

| | |
|---|---|
| January 31, 2013 | Deadline for Plaintiffs' expert witness disclosure. |
| March 4, 2013 | Deadline for Defendants' expert witness disclosure. |
| March 18, 2013 | Deadline for Plaintiffs' rebuttal expert disclosures. |
| April 18, 2013 | Deadline for completion of expert discovery. |

**DISPOSITIVE MOTIONS:**

| | |
|---|---|
| July 1, 2013 | Deadline for filing dispositive motions. |
| September 3, 2013 | Deadline for responses to dispositive motions. |
| October 3, 2013 | Deadline for replies to dispositive motions. |

**TRIAL:**

| | |
|---|---|
| January 31, 2014 | Deadline for the Parties to be prepared to proceed with trial. |

The Parties so stipulate and submit herewith a proposed order for approval.

    Presented by:

    s/ Margaret E. Wetherald
    Lynn L. Sarko
    Derek W. Loeser
    Margaret E. Wetherald
    **KELLER ROHRBACK L.L.P**
    1201 Third Avenue, Suite 3200
    Seattle, WA 98101-3052
    Tel.: (206) 623-1900
    Fax: (206) 623-3384
    Email: lsarko@kellerrohrback.com
           dloeser@kellerrohrback.com
           mwetherald@kellerrohrback.com

    *Interim Co-Lead Counsel for the Class and Co-Counsel for Plaintiffs Harrison, C. Smith and J. Smith*

    Ellen M. Doyle
    John Stember
    Stephen M. Pincus
    **STEMBER FEINSTEIN DOYLE
      & PAYNE, LLC**
    1705 Allegheny Building
    429 Forbes Avenue
    Pittsburgh, PA 15219
    Tel: (412) 281-8400
    Fax: (412) 281-1007
    Email: edoyle@stemberfeinstein.com
           jstember@stemberfeinstein.com
           spincus@stemberfeinstein.com

    *Interim Co-lead Counsel for the Class and Co-Counsel for Plaintiffs Hamby and Jackson*

R. Carlton Smyly
**CABANISS, JOHNSTON, GARDNER
  DUMAS & O'NEAL, LLP**
Suite 700, Park Place Tower
2001 Park Place North
Birmingham, AL 35203
Phone: (205) 716-5200
Fax: (205) 716-5389
Email: rcs@cabaniss.com

*Counsel for Plaintiffs C. Fred Daniels, as Trustee ad Litem for the Alice C. Cade for the Benefit of Carroll Corbin Bays Trust, et. al.*

s/ Richard J. Davis
William B. Wahlheim, Jr. (pro hac vice)
Richard J. Davis (pro hac vice)
John David Collins (pro hac vice)
**MAYNARD COOPER & GALE, PC**
1901 – 6th Avenue North, Suite 2400
Birmingham, AL 35203-2602
Tel.: 205-254-1068
Fax: 205-254-1999
wwahlheim@maynardcooper.com
rdavis@maynardcooper.com
jcollins@maynardcooper.com

Michael J. Prame (pro hac vice)
Sara Zumwalt (pro hac vice)
**GROOM LAW GROUP, CHARTERED**
1701 Pennsylvania Avenue, N.W., Suite 1200
Washington, DC 20006-5811
Tel.: 202-857-0620
Fax: 202-659-4503
tff@groom.com
szumwalt@goom.com

David B. Tulchin
David E. Swarts
Margaret E. Bartlett
**SULLIVAN & CROMWELL, LLP**
125 Broad Street
New York, NY 10004
Tel.: 212-558-4000

*Counsel for the Regions Defendants*

4

s/ Robert E. Craddock, Jr.
Robert E. Craddock, Jr. (TN #5826)
Kristen Mistretta Wilson (TN #24606)
**WYATT, TARRANT & COMBS, LLP**
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120-4367
Tel.: 901-537-1000
Fax: 901-537-1010
rcraddock@wyattfirm.com
kwilson@wyattfirm.com

*Counsel for Defendants Kemmons Wilson, Jr. and Michael S. Starnes*

s/ W. Brantley Phillips, Jr.
W. Brantley Phillips, Jr.
Michael L. Dagley
**BASS BERRY & SIMS PLC**
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Tel.: 615-742-6200
Fax: 615-742-2803
mdagley@bassberry.com
bphillips@bassberry.com

Shepherd D. Tate
Michael A. Brady
**BASS BERRY & SIMS PLC**
100 Peabody Place, Suite 900
Memphis, TN 38103-3672
Tel.: 901-543-5900

*Counsel for Defendants Morgan Keegan & Co., Inc., MK Holdings, Inc., Morgan Asset Management, Inc., Allen B. Morgan, Jr., J. Kenneth Alderman, G. Douglas Edwards, and Brian B. Sullivan*

5

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2011, a true and correct copy of the foregoing was sent via electronic and first-class mail, postage prepaid to:

| | |
|---|---|
| Michael J. Prame<br>Sara Zumwalt<br>**GROOM LAW GROUP, CHARTERED**<br>1701 Pennsylvania Ave., N.W., Suite 1200<br>Washington, DC  20006-5811<br>Phone:  202-861-5432<br>Email:  mprame@groom.com<br>szumwalt@goom.com<br><br>*Counsel for Regions Financial Corporation, Regions Bank, Ken Alderman, George W. Bryan, John Buchanana, Earnest W. Deavenport, Jr., David B. Edmonds, Irene Esteves, Christopher Glaub, O.B. Grayson Hall, Jr., Tim Laney, Susan W. Matlock, Claude Nielson, C. Dowd Ritter, David Rupp, Jill Shelton, Lee K. Stylslinger, III, Tom Thompson, David Turner, Barbara H. Watson, William C. Wells, II., Henry Dinken, John Daniel, W. Charles Mayer, III, Ronnie Jackson, Sharon Davis, Sherry Anthony, Martha Ingram, Alan Deer, Candace Bagby, Alton Yother, Tusa McNary, Kemmons Wilson, Jr., E.W. "Rusty" Stephenson, Michael Stearns, Bryan Jordan, Lea Stokes, Susan Martinez, James S.M. French* | William B. Wahlheim, Jr.<br>Richard J. Davis<br>John David Collins<br>**MAYNARD COOPER & GALE, PC**<br>1901 – 6th Avenue North, Suite 2400<br>Birmingham, AL 35203-2602<br>Phone:  205-254-1068<br>Fax:  205-254-1999<br>Email: wwahlheim@maynardcooper.com<br>rdavis@maynardcooper.com<br>jcollins@maynardcooper.com<br><br>*Counsel for Regions Bank & Regions Financial Corporation (Local Counsel* |
| W. Brantley Phillips<br>Matthew M. Curley<br>Michael L. Dagley<br>Wendee M. Hilderbrand<br>**BASS BERRY & SIMS PLC (Nashville)**<br>150 Third Avenue South, Suite 2800<br>Nashville, Tennessee  37201<br>Phone:  (615) 742-7790<br>Fax:  (615) 742-2868<br>Email:  bphillips@bassberry.com<br>mcurley@bassberry.com<br>mdagley@bassberry.com<br>whilderbrand@bassberry.com<br><br>*Counsel for Morgan Asset Management, Inc. & Morgan Keegan & Company, Inc.* | Michael A. Brady<br>Shepherd B. Tate<br>**BASS BERRY & SIMS PLC (Memphis)**<br>100 Peabody Place, Suite 900<br>Memphis, TN 38103<br>Phone:  901-543-5900<br>Fax:  901-543-5999<br>Email:  mbrady@bassberry.com<br>state@bassberry.com<br><br>*Counsel for Morgan Asset Management, Inc. & Morgan Keegan & Company, Inc.* |

| | |
|---|---|
| Robert E. Craddock, Jr. (TN #5826)<br>Kristen Mistretta Wilson (TN #24606)<br>**WYATT, TARRANT & COMBS, LLP**<br>1715 Aaron Brenner Drive, Suite 800<br>Memphis, TN 38120-4367<br>Phone:  901-537-1000<br>Fax:  901-537-1010<br>Email:  rcraddock@wyattfirm.com<br>            kwilson@wyattfirm.com<br><br>*Counsel for Defendants Kemmons Wilson, Jr. and Michael S. Starnes* | |

DATED this 4th day of November, 2011.

                                            s/ Margaret E. Wetherald
                                            Margaret E. Wetherald, *Pro hac vice*