UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
(MEMPHIS DIVISION)

| | |
|---|---|
| IN RE REGIONS MORGAN KEEGAN ERISA LITIGATION ) ) ) This Document Relates to: ) *In Regions Morgan Keegan ERISA Litig.,* ) Case No. 2:08-cv-2192-SHM-dkv ) ) | Case No. 2:09-md-02009 |

_____

**JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING BOND FUND CLAIMS AGAINST DEFENDANTS STEPHENSON, MARTINEZ AND WATSON WITHOUT PREJUDICE**
_____

**STIPULATION**

Plaintiff class representatives and Defendants hereby stipulate to dismissal without prejudice of the Bond Fund Claim, set forth in Count VI, (¶¶ 443-455) of the Corrected Third Amended Consolidated Complaint (Dkt. 251) ("Complaint") and alleging lack of prudence in the investment in Bond Funds, against individual Defendants E.W. "Rusty" Stephenson, Susan Martinez and Barbara Watson.  Defendants agree that this stipulated dismissal is based on the understanding that the AmSouth Thrift Plan did not hold Regions Morgan Keegan mutual funds, including the Bond Funds (as defined in ¶ 4, n.1 of the Complaint).

IT IS SO STIPULATED.

**ORDER**

Based on the foregoing Stipulation, it is hereby:

ORDERED, that the Bond Fund Claim, set forth in Count VI, (¶¶ 443-455) alleging lack of prudence in the investment in Bond Funds, as set forth in the Corrected Third Amended Consolidated Complaint (Dkt. 251) ("Complaint"), and only this claim, is hereby dismissed without prejudice against individual Defendants E.W. "Rusty" Stephenson, Susan Martinez and Barbara Watson.

DATED this ____ day of _____, 2011.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Derek W. Loeser
Lynn L. Sarko
lsarko@kellerrohrback.com
Derek W. Loeser
dloeser@kellerrohrback.com
Margaret E. Wetherald
mwetherald@kellerrohrback.com
Cari C. Laufenberg
claufenberg@kellerrohrback.com
**KELLER ROHRBACK L.L.P**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel.: (206) 623-1900
Fax: (206) 623-3384

*Interim Co-Lead Counsel for the Class and Co-Counsel for Plaintiffs Harrison and Smith*

Ellen M. Doyle
edoyle@stemberfeinstein.com
Pamina Ewing
pewing@stemberfeinstein.com

Stephen M. Pincus
spincus@stemberfeinstein.com
**STEMBER FEINSTEIN DOYLE PAYNE & CORDES, LLC**
1705 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Tel: (412) 281-8400
Fax:(412) 281-1007

*Interim Co-lead Counsel for the Class and Co-Counsel for Plaintiffs Hamby and Jackson*

/s/ William B. Wahlheim, Jr. (with permission)
William B. Wahlheim, Jr.
wwahlheim@maynardcooper.com
Richard Davis
rdavis@maynardcooper.com
John David Collins
gjcollins@maynardcooper.com
**MAYNARD COOPER & GALE, PC**
1901 – 6th Avenue North, Suite 2400
Birmingham, AL 35203-2602
Tel.: 205-254-1068
Fax: 205-254-1999

Christopher J. Rillo
crillo@groom.com
Michael J. Prame
mprame@groom.com
Sarah Zumwalt
szumwalt@goom.com
**GROOM LAW GROUP, CHARTERED**
1701 Pennsylvania Avenue, N.W., Suite 1200
Washington, DC  20006-5811
Tel.: 202-857-0620
Fax: 202-659-4503

*Counsel for the Regions Defendants and Individual Defendants*

/s/ Robert E. Craddock, Jr. (with permission)
Robert E. Craddock, Jr.
rcraddock@wyattfirm.com
Kristen Mistretta Wilson

kwilson@wyattfirm.com
**WYATT, TARRANT & COMBS, LLP**
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120-4367
Tel.: 901-537-1000
Fax: 901-537-1010

*Counsel for Defendants Kemmons Wilson, Jr. and Michael S. Starnes*

/s/ W. Brantley Phillips, Jr. (with permission)
Michael L. Dagley
mdagley@bassberry.com
Matthew M. Curley
mcurley@bassberry.com
W. Brantley Phillips, Jr.
bphillips@bassberry.com
**BASS BERRY & SIMS PLC**
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Tel.: 615-742-6200
Fax: 615-742-2803

Shepherd D. Tate
state@bassberry.com
Michael A. Brady
mbrady@bassberry.com
**BASS BERRY & SIMS PLC**
100 Peabody Place, Suite 900
Memphis, TN 38103-3672
Tel.: 901-543-5900

*Counsel for Defendants Morgan Keegan & Co., Inc., and Morgan Asset Management, Inc.*

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2011, I caused the foregoing document to be filed with the Clerk of the Court via the CM/ECF system, which will send notice of such filing to all Counsel of Record in the case.  There are no non-CM/ECF participants.

DATED this 14th day of November, 2011.

/s/ Derek W. Loeser
Derek W. Loeser
