IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE & ERISA LITIGATION, | )<br>)<br>)<br>)<br>) |
| This Document Relates to: | ) MDL No. 2:09-md-2009-Ma-V<br>)<br>) |
| *Terry Hamby, individually and on behalf of all others similarly situated, v. Morgan Asset Management, Inc., et al.,* | )<br>)<br>)<br>) |
| No. 2:08-cv-02192-Ma-V | ) |

NOTICE OF APPEARANCE OF COUNSEL

The undersigned attorney hereby gives notice of his appearance as counsel for Regions Bank in No. 2:08-cv-02192-Ma-V.

Respectfully submitted,

**EVANS | PETREE PC**

By: s/John McQuiston II
John McQuiston II (BPR 7806)
1000 Ridgeway Loop Road, Suite 200
Memphis, Tennessee 38120
(901) 521-4587
jmcquiston@evanspetree.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2011 the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular mail. Parties may access this filing through the Court's electronic filing system.

s/John McQuiston II