IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| IN RE REGIONS MORGAN KEEGAN ) | |
| SECURITIES, DERIVATIVE and ERISA ) | |
| LITIGATION ) | |
| ) | |
| This Document Relates to: ) | 2:09-md-02009-SHM |
| ) | |
| *In re Regions Morgan Keegan* ) | |
| *Open-End Mutual Fund Litigation,* ) | |
| *No. 2:07-cv-02784-SHM-dkv* ) | |
| ) | |
| *In re Regions Morgan Keegan* ) | |
| *Closed-End Fund Litigation,* ) | |
| *No. 2:07-cv-02830-SHM-dkv* ) | |
| ) | |
| *In re Regions Morgan Keegan* ) | |
| *ERISA Litig.,* ) | |
| *No. 2:08-cv-02192-SHM-dkv* ) | |
| ) | |
| *Landers v. Morgan Asset* ) | |
| *Mgmt., Inc.,* ) | |
| *No. 2:08-cv-02260-SMH-dvk* ) | |
| ) | |
| *Woods, et al . v. Morgan Asset* ) | |
| *Mgmt., Inc., et al.,* ) | |
| *No. 2:09-cv-02280-SHM-dkv* ) | |
| ) | |
| *Davies, et al. v. Morgan Asset* ) | |
| *Mgmt, Inc., et al.,* ) | |
| *No. 2:09-cv-02520-SHM-dkv* ) | |
| ) | |
| *Stewart Goddard Family Living* ) | |
| *Trust U/A et, al. v. Morgan* ) | |
| *Keegan & Co., Inc., et al.,* ) | |
| *No. 2:09-cv-02544-SHM-dkv* ) | |
| ) | |
| *Garrett, et al. v. Regions* ) | |
| *Financial Corp., et al.,* ) | |
| *No. 2:09-cv-02557-SHM-dkv* ) | |
| ) | |
| *Cannaday, et al., v.* ) | |
| *Sullivan, et al.* ) | |
| *No. 2:10-cv-02188-SHM-dkv* ) | |

| | |
|---|---|
| *Purdue Avenue Investors,*<br>*LP, et al. v. Morgan*<br>*Keegan & Co., Inc., et al.,*<br>No. 2:10-cv-02260-SHM-dkv | )<br>)<br>)<br>) |
| *Freeman, et al. v. Regions*<br>*Bank, et al.,*<br>No. 2:10-cv-02278-SHM-dkv | )<br>)<br>) |
| *Karrels v. Morgan Asset*<br>*Mgmt., Inc., et al.,*<br>No. 2:10-cv-02279-SHM-dkv | )<br>)<br>) |
| *Bolton, et al. v. Morgan Asset*<br>*Mgmt., Inc., et al.,*<br>No. 2:10-cv-02439-SHM-dkv | )<br>)<br>) |
| *Ballinger, et al, v. Morgan*<br>*Keegan & Co., Inc., et al.,*<br>No. 2:10-cv-02509-SHM-dkv | )<br>)<br>) |

Before the Court is the October 31, 2011 motion of Matthew M. Curley to withdraw as counsel for Morgan Keegan & Company, Inc., MK Holding, Inc., and Morgan Asset Management, Inc. (Docket Entry 198). For good cause shown, the motion is GRANTED and Matthew M. Curley is allowed to withdraw. Michael L. Dagley, W. Brantley Phillips, Jr., Shepherd D. Tate, and Michael A. Brady will continue to represent these parties.

It is so ORDERED this 15th day of November, 2011.

                                              <u>s/Samuel H. Mays, Jr.</u>
                                              SAMUEL H. MAYS, JR.
                                              UNITED STATES DISTRICT JUDGE