UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
(MEMPHIS DIVISION)

| | |
|---|---|
| IN RE REGIONS MORGAN KEEGAN ERISA LITIGATION<br><br>This Document Relates to:<br>*In Regions Morgan Keegan ERISA Litig.,*<br>Case No. 2:08-cv-2192-SHM-dkv | Case No. 2:09-md-02009 |

_____

### JOINT STIPULATION AND ORDER DISMISSING BOND FUND CLAIMS AGAINST DEFENDANTS STEPHENSON, MARTINEZ AND WATSON WITHOUT PREJUDICE
_____

#### STIPULATED

Plaintiff class representatives and Defendants hereby stipulate to dismissal without prejudice of the Bond Fund Claim, set forth in Count VI, (¶¶ 443-455) of the Corrected Third Amended Consolidated Complaint (Dkt. 251) ("Complaint") and alleging lack of prudence in the investment in Bond Funds, against individual Defendants E.W. "Rusty" Stephenson, Susan Martinez and Barbara Watson.  Defendants agree that this stipulated dismissal is based on the understanding that the AmSouth Thrift Plan did not hold Regions Morgan Keegan mutual funds, including the Bond Funds (as defined in ¶ 4, n.1 of the Complaint).

IT IS SO **STIPULATED.**

- 2 -

## ORDER

Based on the foregoing Stipulation, it is hereby:

ORDERED, that the Bond Fund Claim, set forth in Count VI, (¶¶ 443-455) alleging lack of prudence in the investment in Bond Funds, as set forth in the Corrected Third Amended Consolidated Complaint (Dkt. 251) ("Complaint"), and only this claim, is hereby dismissed without prejudice against individual Defendants E.W. "Rusty" Stephenson, Susan Martinez and Barbara Watson.

It is so **ORDERED** this 23rd day of November, 2011.

s/Samuel H. Mays, Jr.
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE