# United States Judicial Panel on Multidistrict Litigation
## CIVIL DOCKET FOR CASE #: MDL No. 2009

IN RE: Regions Morgan Keegan Securities, Derivative and Employee Retirement Income Security Act (ERISA) Litigation
Assigned to: Samuel H Mays, Jr (Tennessee Western)

Date Filed: 10/31/2008

**Plaintiff**

**Liaison Counsel for Plaintiff**

V.

**Defendant**

**Liaison Counsel for Defendant**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/16/2011 | 158 | NOTICE OF POTENTIAL TAG-ALONG -- 1 Action(s) -- Filed by attorney W. Brantley Phillips, Jr., counsel for: Defendant Morgan Asset Management, Inc. -- Tennessee Western District Court (2:11-cv-02935) (Attachments: # 1 Schedule of Actions, # 2 Proof of Service, # 3 Complaint WDTN 2:11-2935) (Phillips, Wade) ADDED PARTY TYPE. Modified on 11/17/2011 (JG). CASE FILED IN TRANSFEREE DISTRICT. Modified on 11/18/2011 (JG). (Entered: 11/16/2011) |
| 11/18/2011 | 159 | ***TEXT ONLY ENTRY***<br><br>NOTICE TO COUNSEL - re: pldg. ( 158 in MDL No. 2009) The Panel has been properly notified of potential tag-along actions pursuant to Rule 7.1(a). Because the actions listed originated in the transferee district, no further action by the Panel is required. See Rule 7.2(a).<br>-- TNW/2:11-cv-02935<br><br>Signed by Clerk of the Panel Jeffery N. Luthi on 11/18/2011.<br><br>Associated Cases: MDL No. 2009, TNW/2:11-cv-02935 (JG) (Entered: 11/18/2011) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/14/2011 13:56:19 | | | |
| PACER Login: | bb2473 | Client Code: | 107059-394 |
| Description: | Docket Report | Search Criteria: | MDL No. 2009 Start date: 11/14/2011 |
| Billable Pages: | 1 | Cost: | 0.08 |

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL No. 2009 – In re *Regions Morgan Keegan Securities, Derivative and Employee Retirement Income Security Act (ERISA) Litigation*

*Cecil Cannaday, et al. v. Morgan Asset Management, Inc., et al.*, W. D. Tennessee
No. 2:11-02935

## NOTICE OF POTENTIAL TAG ALONG

Pursuant to Rules 1.1, 7.1, and 7.2 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Morgan Asset Management, Inc., writes to advise the Panel of the following tag-along action:

> *Cannaday, et al. v. Morgan Asset Management, Inc., et al.*, pending in the United States District Court for the Western District of Tennessee, No. 2:11-cv-02935 ("*Cannaday*").

This action involves questions of fact which are common to MDL No. 2009 – *In re Regions Morgan Keegan Securities, Derivative and Employee Retirement Income Security Act (ERISA) Litigation* assigned to the Honorable Samuel H. Mays in the Western District of Tennessee.

As set forth in Rule 7.5 and consistent with the Panel's Transfer Order in MDL No. 2009, Morgan Asset Management, Inc., respectfully requests that the Panel designate *Cannaday* as a tag-along action and assign that action to Judge Samuel H. Mays, Jr.

Respectfully submitted,

BASS BERRY & SIMS PLC

/s/ W. Brantley Phillips, Jr.
W. Brantley Phillips, Jr.
150 Third Avenue South, Suite 2800
Nashville, TN 37201
(615)742-6200
bphillips@bassberry.com

*Attorneys for Morgan Asset Management, Inc.*