UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
(MEMPHIS DIVISION)

| | | |
|---|---|---|
| IN RE REGIONS MORGAN KEEGAN ERISA LITIGATION | ) ) | Case No. 2:09-md-02009 |
| | ) | |
| This Document Relates to: | ) | Judge Samuel H. Mays, Jr. |
| *In Regions Morgan Keegan ERISA Litig.,* | ) | |
| Case No. 2:08-cv-2192-SHM-dkv | ) | Magistrate Judge Diane K. Vescovo |
| | ) | |

## JOINT MOTION FOR EXTENSION OF STAY OF THE ACTION PENDING CONTINUED SETTLEMENT NEGOTIATIONS

All Parties to this action, by their undersigned counsel, respectfully move the Court for an Order extending the stay of this action through January 15, 2013 to allow the Parties to continue ongoing settlement negotiations. A memorandum of law is submitted below in support of this motion.

### Memorandum in Support

On June 19, 2012 this Court granted the joint motion of all Parties in this Action to stay the proceeding "on the ground that the parties are currently engaged in deposition discovery and believe that sufficient facts have been developed through the course of discovery to permit meaningful participant in mediation." Dkt. No. 304.

The Parties subsequently reached agreement to mediate before Judge Daniel Weinstein, but were unable to schedule time with Judge Weinstein until August 20, 2012. On August 20, counsel for all Parties met at Judge Weinstein's mediation facility in northern California and engaged in discussions for nearly 12 hours. Since August 20, Judge Weinstein has engaged in follow up discussions with all Parties. A subsequent stay of the proceeding was granted through

December 3, 2012 so that the parties could engage in additional negotiations facilitated by Judge

Weignstein.  Dkt. No. 307.

      To allow the Parties to engage in further meaningful settlement discussions facilitated by

Judge Weinstein and build on the progress made to date, the Parties request that this Court stay

discovery and all briefing deadlines through January 15, 2013.  In the event the Parties are not

able to reach a settlement of the case prior to expiration of the stay, the Parties will jointly submit,

on or before January 31, 2013, a Proposed Amended Scheduling Order for the completion of class

certification discovery, class certification briefing, merits discovery, pre-trial disclosures, and

trial.

      Based on the foregoing, the Parties jointly and respectfully request entry of an Order

Granting Stay as set forth above.  A proposed order will be transmitted to the Court via e-mail in

accordance with the requirements of Local Civil Rule 7.2(a)(1)(A).

DATED: November 30, 2012.

<div style="margin-left:40%">

**KELLER ROHRBACK L.L.P**

s/ Derek W. Loeser

Lynn L. Sarko

lsarko@kellerrohrback.com

Derek W. Loeser

dloeser@kellerrohrback.com

Margaret E. Wetherald

mwetherald@kellerrohrback.com

Matt Gerend

mgerend@kellerrohrback.com

1201 Third Avenue, Suite 3200

Seattle, WA 98101-3052

Tel.: (206) 623-1900

Fax: (206) 623-3384

***Interim Co-Lead Counsel for the Class and Co-
Counsel for Plaintiffs Harrison, Smith and Smith***

</div>

Ellen M. Doyle
edoyle@stemberfeinstein.com
Pamina Ewing
pewing@stemberfeinstein.com
Stephen M. Pincus
spincus@stemberfeinstein.com
**STEMBER FEINSTEIN DOYLE PAYNE &
KRAVEC LLC**
1705 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Tel: (412) 281-8400
Fax:(412) 281-1007

*Interim Co-lead Counsel for the Class and Co-
Counsel for Plaintiffs Hamby and Jackson*

**MAYNARD COOPER & GALE, PC**

s/ William B. Wahlheim (w/permission)
William B. Wahlheim, Jr.
wwahlheim@maynardcooper.com
Richard Davis
rdavis@maynardcooper.com
John David Collins
gjcollins@maynardcooper.com
1901 – 6th Avenue North, Suite 2400
Birmingham, AL 35203-2602
Tel.: 205-254-1068
Fax: 205-254-1999

Tom Fitzgerald
tff@groom.com
Sarah Zumwalt
szumwalt@goom.com
**GROOM LAW GROUP, CHARTERED**
1701 Pennsylvania Avenue, N.W., Suite 1200
Washington, DC  20006-5811
Tel.: 202-857-0620
Fax: 202-659-4503

*Counsel for the Regions Defendants and
Individual Defendants*

**WYATT, TARRANT & COMBS, LLP**

<u>s/ Robert E. Craddock (w/permission)</u>
Robert E. Craddock, Jr.
rcraddock@wyattfirm.com
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120-4367
Tel.: 901-537-1000
Fax: 901-537-1010

*Counsel for Defendants Kemmons Wilson, Jr. and Michael S. Starnes*

**MAYNARD COOPER & GALE, PC**

<u>s/ Peter S. Fruin (w/permission)</u>
Peter S. Fruin
Pfruin@maynardcooper.com
1901 – 6th Avenue North, Suite 2400
Birmingham, AL 35203-2602
Tel.: 205-254-1068
Fax: 205-254-1999

*Counsel for Defendants Regions Financial Corporation and  Morgan Asset Management, Inc.*

**BASS BERRY & SIMS PLC**

<u>s/ W. Brantley Phillips, Jr. (w/permission)</u>
W. Brantley Phillips, Jr.
bphillips@bassberry.com
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Tel.: 615-742-6200
Fax: 615-742-2803

Shepherd D. Tate
state@bassberry.com
Michael A. Brady
mbrady@bassberry.com
**BASS BERRY & SIMS PLC**
100 Peabody Place, Suite 900
Memphis, TN 38103-3672
Tel.: 901-543-5900

*Counsel for Defendants Morgan Keegan & Co., Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2012, I caused the foregoing document to be filed with the Clerk of the Court via the CM/ECF system, which will send notice of such filing to all Counsel of Record in the case.  There are no non-CM/ECF participants.

DATED this 30th day of November, 2012.

s/ Derek W. Loeser
Derek W. Loeser