UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
(MEMPHIS DIVISION)

| | | |
|---|---|---|
| IN RE REGIONS MORGAN KEEGAN ERISA | ) | |
| LITIGATION | ) | Case No. 2:09-md-02009-SHM |
| | ) | |
| This Document Relates to: | ) | Judge Samuel H. Mays, Jr. |
| *In Regions Morgan Keegan ERISA Litig.,* | ) | |
| Case No. 2:08-cv-2192-SHM-dkv | ) | Magistrate Judge Diane K. Vescovo |
| | ) | |
| _____ | ) | |

## JOINT STATUS REPORT

The Parties submit this Joint Status Report to notify the Court that they have agreed to a

formal Mediator's Proposal settling all claims in this action.  Under the agreed Mediator's

Proposal, the Parties have seventy five days to execute a full Settlement Agreement.  The Parties

have already exchanged a draft Settlement Agreement.  Following execution of the full

Settlement Agreement, Plaintiffs will move for preliminary approval of the Settlement by the

Court and proceed with further motions practice to finalize the settlement.


DATED: June 13, 2013.


KELLER ROHRBACK L.L.P

s/ Margaret E. Wetherald
Lynn L. Sarko
lsarko@kellerrohrback.com
Derek W. Loeser
dloeser@kellerrohrback.com
Margaret E. Wetherald
mwetherald@kellerrohrback.com
Matt Gerend
mgerend@kellerrohrback.com
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel.: (206) 623-1900

Fax: (206) 623-3384

*Interim Co-Lead Counsel for the Class and Co-Counsel for Plaintiffs Harrison, Smith and Smith*

Ellen M. Doyle
edoyle@fdpklaw.com.com
Pamina Ewing
pewing@fdpklaw.com
Stephen M. Pincus
spincus@fdpklaw.com
**FEINSTEIN DOYLE PAYNE & KRAVEC LLC**
1705 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Tel: (412) 281-8400
Fax:(412) 281-1007

*Interim Co-lead Counsel for the Class and Co-Counsel for Plaintiffs Hamby and Jackson*

**MAYNARD COOPER & GALE, PC**

s/ William B. Wahlheim, Jr. (*with permission*)
William B. Wahlheim, Jr.
wwahlheim@maynardcooper.com
Richard Davis
rdavis@maynardcooper.com
John David Collins
gjcollins@maynardcooper.com
1901 – 6th Avenue North, Suite 2400
Birmingham, AL 35203-2602
Tel.: 205-254-1068
Fax: 205-254-1999

Michael Prame
mjp@groom.com
Tom Fitzgerald
tff@groom.com
Sarah Zumwalt
szumwalt@goom.com
**GROOM LAW GROUP, CHARTERED**
1701 Pennsylvania Avenue, N.W., Suite 1200
Washington, DC  20006-5811
Tel.: 202-857-0620

Fax: 202-659-4503

*Counsel for the Regions Defendants and
Individual Defendants*

**WYATT, TARRANT & COMBS, LLP**

s/ Robert E. Craddock, Jr. (*with permission*)
Robert E. Craddock, Jr.
rcraddock@wyattfirm.com
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120-4367
Tel.: 901-537-1000
Fax: 901-537-1010

*Counsel for Defendants Kemmons Wilson, Jr. and
Michael S. Starnes*

**MAYNARD COOPER & GALE, PC**

s/ Peter S. Fruin (*with permission*)
Peter S. Fruin
pfruin@maynardcooper.com
1901 – 6th Avenue North, Suite 2400
Birmingham, AL 35203-2602
Tel.: 205-254-1068
Fax: 205-254-1999

*Counsel for Defendants Regions Financial
Corporation and  Morgan Asset Management, Inc.*

**BASS BERRY & SIMS PLC**

s/ W. Brantley Phillips, Jr. (*with permission*)
W. Brantley Phillips, Jr.
bphillips@bassberry.com
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Tel.: 615-742-6200
Fax: 615-742-2803

Shepherd D. Tate
state@bassberry.com
Michael A. Brady
mbrady@bassberry.com
**BASS BERRY & SIMS PLC**

100 Peabody Place, Suite 900
Memphis, TN 38103-3672
Tel.: 901-543-5900

***Counsel for Defendants Morgan Keegan & Co.,
Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2013, I caused the foregoing document to be filed with the Clerk of the Court via the CM/ECF system, which will send notice of such filing to all Counsel of Record in the case.  There are no non-CM/ECF participants.

DATED this 13th day of June, 2013.

s/ Margaret E. Wetherald
Margaret E. Wetherald